**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7435**

AUDREL JACK WATSON, JR.,

Plaintiff - Appellant,

v.

WARDEN WRIGHT; R. E. CLARKE; MR. GRAVES; MS. JONES; UNKNOWN VA DOC OMBUDSMAN; UNKNOWN GEO/LVCC INDIVIDUALS; UNKNOWN VA DOC INDIVIDUALS,

Defendants - Appellees,

and

HAROLD CLARKE; UNKNOWN CHIEF EXECUTIVE OFFICER OF GEO,

Defendants

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:15-cv-01214-LMB-TCB)

Submitted: February 22, 2018                    Decided: February 27, 2018

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Audrel Jack Watson, Jr., Appellant Pro Se. Michael Gordon Matheson, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Audrel Jack Watson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Watson v. Wright*, No. 1:15-cv-01214-LMB-TCB (E.D. Va. Oct. 10, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*